IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

WENDELL W. MORRISON,                          :     BANKRUPTCY NO. 22-10822-PMM

        Debtor                              :     Chapter 13

## CERTIFICATE OF SERVICE

I, Betsy Lavelle, Paralegal to Stephen J. Palopoli III, Esquire hereby certify that a true and correct copy of Debtor's Plan was served via first class mail on April 15, 2022 to the individuals and companies on the attached sheet.

Electronically via ECF/System only on April 14, 2022:

    Office of the U.S. Trustee

    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee

    Rebecca Ann Solarz, Esq. for
    Creditor Rocket Mortgage, LLC

April 15, 2022

                       /s/ Betsy Lavelle
                       Betsy Lavelle

Ally Bank Lease Trust, Assignor
4515 N. Santa Fe Ave Dept APS
Oklahoma City OK 73118

Synchrony Bank
c/o PRA Receivables Mgmt, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ally Financial
PO Box 380902
Bloomington, MN 55438

Alltran Financial LP
PO Box 722929
Houston, TX 77272-2929

Ally Financial Lease Trust
PO Box 8100
Hunt Valley, MD 21030-8100

Best Buy Credit Services
PO Box 790441
Saint Louis, MD 63179-0441

Birkholder & Maier, LLC
Alexander S. Corazon, Esq.
189 Franklin Ave Ste 1
Nutley, NJ 07110-2997

JP Morgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Flr 01
Monroe, LA 71203-4774

SYNCB/TJX Rewards
Bankruptcy Dept.
PO Box 965015
Orlando, FL 32896-5015

Credit Collection Services
725 Canton St.
Norwood, MA 02062-2679

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Diversified Adj Services
600 Coon Rapids Blvd NW
Minneapolis, MN 55433-5549

EASD Tax Collector
3 Weller Place
Easton, PA 18045-1975

Mary Konboz
17 Alphano Rd
Great Meadows, NJ 07838-2502

Radius Global Solution
7831 Glenroy Rd Ste 250-A
Minneapolis, MN 55439-3132

Law Offices of James C. Dezao
322 US Highway 46 Ste 120
Parsippany, NJ 07054-2340

Medical Laboratory Diagnostics
85 Horsehill Road
Cedar Knolls, NJ 07927-2003

Rocket Mortgage
1050 Woodward Ave
Detroit, MI 48226-3573

Melvin & Elizabeth Rhoads
11 Lake Shore Dr.
Lake Hiawatha, NJ 07034-3018

Portnoff Law Associates, Ltd.
2700 Horizon Dr Ste 100
King of Prussia, PA 19406-2726

Shop Your Way Mastercard
5800 S. Corporate PL
Sioux Falls, SD 57108-5027

Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Receivables Management Systems
1807 Huguenot Rd Ste 118
Midlothian, VA 23113-5604

Vaul Trust
10909 McCormick Rd.
Cockeysville, MD 21031-1401

Zurich American Insurance Company
1299 Zurich Way
Schaumburg, IL 60196-1091

Wendell W. Morrison
1440 Stones Crossing Road
Easton, PA 18045-5755