United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10822-pmm
Wendell W. Morrison     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Aug 11, 2022     Form ID: 155     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wendell W. Morrison, 1440 Stones Crossing Rd., Easton, PA 18045-5755 |
| 14681890 | | Birkhold & Maider, LLC, Alexander S. Corazon, Esq., 189 Franklin Ave Ste 1, Nutley, NJ 07110-2997 |
| 14681894 | | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14681896 | | EASD Tax Collector, 3 Weller Pl, Easton, PA 18045-1975 |
| 14681897 | | Law offices of James C. DeZao, PA, 322 US Highway 46 Ste 120, Parsippany, NJ 07054-2340 |
| 14681898 | | Mary Konboz, 17 Alphano Rd, Great Meadows, NJ 07838-2502 |
| 14681899 | | Medical Laboratory Diagnostics, 85 Horsehill Rd, Cedar Knolls, NJ 07927-2003 |
| 14681900 | | Melvin and Elizabeth Rhoads, 11 Lake Shore Dr, Lake Hiawatha, NJ 07034-3018 |
| 14681901 | | PA Department of Revenue, Bureau of Individual Taxes, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14681902 | | Portnoff Law Associates, LTD., 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |
| 14682480 | + | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681886 | | Email/Text: bnc@alltran.com | Aug 11 2022 23:52:00 | Alltran Financial LP, PO Box 722929, Houston, TX 77272-2929 |
| 14681550 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2022 23:56:12 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14689331 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2022 23:56:17 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14681887 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2022 23:52:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 14681888 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2022 23:52:00 | Ally Financial Lease Trust, PO Box 8100, Hunt Valley, MD 21030-8100 |
| 14681889 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:14 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14681892 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 11 2022 23:52:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14681893 | | Email/Text: mrdiscen@discover.com | Aug 11 2022 23:52:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14685747 | | Email/Text: mrdiscen@discover.com | Aug 11 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14682037 | + | Email/Text: dplbk@discover.com | Aug 11 2022 23:52:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14681895 | | ^ MEBN | Aug 11 2022 23:50:36 | Diversified Adj Services, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |

| | | | | |
|---|---|---|---|---|
| 14681891 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 23:56:11 | Chase, PO Box 182051, Columbus, OH 43218-2051 |
| 14693147 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696986 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14688872 | + | Email/Text: joey@rmscollect.com | Aug 11 2022 23:52:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14681124 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14681903 | | Email/Text: ngisupport@radiusgs.com | Aug 11 2022 23:52:00 | Radius Global Solution, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |
| 14681904 | | Email/Text: joey@rmscollect.com | Aug 11 2022 23:52:00 | Receivables Management Systems, 1807 Huguenot Rd Ste 118, Midlothian, VA 23113-5604 |
| 14681905 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 23:52:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14685480 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 23:52:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14681907 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | SYNCB/TJXRewards, Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14681906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:31 | Shop Your Way Mastercard, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14681200 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681908 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2022 23:52:00 | Vaul Trust, 10909 McCormick Rd, Cockeysville, MD 21031-1401 |
| 14681909 | + | Email/Text: usz.bankruptcy.legal.coll@zurichna.com | Aug 11 2022 23:52:00 | Zurich American Insurance Company, 1299 Zurich Way, Schaumburg, IL 60196-1091 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022              Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 11, 2022 | Form ID: 155 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

**Name**    **Email Address**

REBECCA ANN SOLARZ
                on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III
                on behalf of Debtor Wendell W. Morrison s.palopoli@verizon.net  betsylavelle@yahoo.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wendell W. Morrison
      Debtor(s)                                       Chapter: 13

                                                            Bankruptcy No: 22−10822−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of August 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Patricia M. Mayer
                                                            Judge ,
                                                            United States Bankruptcy Court

                                                                         41
                                                                    Form 155