Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
### Chapter 13 Case No. 22-10822-PMM

Wendell W. Morrison  
1440 Stones Crossing Rd.  
Easton  PA    18045-5755

Petition Filed Date: 03/31/2022  
341 Hearing Date: 05/17/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 07/25/2022 | $1,000.00 | 28227259383 | 07/25/2022 | $500.00 | 28227259394 | | | |

**Total Receipts for the Period:  $1,500.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $349.08 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $15.55 | $0.00 | $0.00 |
| 3 | DISCOVER PERSONAL LOAN<br>»» 002 | Unsecured Creditors | $14,037.12 | $0.00 | $0.00 |
| 4 | ROCKET MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $29,006.77 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $6,490.46 | $0.00 | $0.00 |
| 6 | PATIENT FIRST<br>»» 005 | Unsecured Creditors | $607.93 | $0.00 | $0.00 |
| 7 | ALLY FINANCIAL<br>»» 006 | Unsecured Creditors | $1,004.20 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,084.95 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $263.93 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,284.41 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $2,038.71 | $0.00 | $0.00 |
| 12 | ROCKET MORTGAGE LLC<br>»» 03P | Secured Creditors | $7,725.72 | $0.00 | $0.00 |
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10822-PMM**

| SUMMARY |
|:---:|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $1,369.66 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $78,200.96 |
| Funds on Hand: | $1,380.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.