**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wendell W. Morrison a/k/a Wendell Wilcox Morrison<br>        Debtor | Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        Movant<br>   vs. | NO. 22-10822 PMM |
| Wendell W. Morrison a/k/a Wendell Wilcox Morrison<br>        Debtor | 11 U.S.C. Section 362 |
| and Scott F. Waterman, Esq.<br>        Trustee | |

## ORDER

AND NOW, this 13th day of February, 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 22, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1440 Stones Crossing Road Easton, PA 18045.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.