IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Wendell W. Morrison a/k/a Wendell Wilcox Morrison,

:
: CHAPTER 13
:
:
Debtor                :  No. 22-10822 PMM

**ORDER**

Upon consideration of Debtor's Praecipe To Voluntarily Dismiss Chapter 13 Case Pursuant to Section 1307(b), and it appearing that the debtor is entitled to such a dismissal under Section 1307(b) of the Bankruptcy Code, 11 U.S.C. §1307(b), it is

ORDERED that the case be, and it hereby is, dismissed.

BY THE COURT:

**Date: March 14, 2023**

*Patricia M. Mayer*
───────────────────────
Patricia M. Mayer, Bankruptcy Judge