United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 22-10822-pmm
Wendell W. Morrison   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Mar 14, 2023　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wendell W. Morrison, 1440 Stones Crossing Rd., Easton, PA 18045-5755 |
| 14681890 | Birkhold & Maider, LLC, Alexander S. Corazon, Esq., 189 Franklin Ave Ste 1, Nutley, NJ 07110-2997 |
| 14681894 | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14681896 | EASD Tax Collector, 3 Weller Pl, Easton, PA 18045-1975 |
| 14681897 | Law offices of James C. DeZao, PA, 322 US Highway 46 Ste 120, Parsippany, NJ 07054-2340 |
| 14681898 | Mary Konboz, 17 Alphano Rd, Great Meadows, NJ 07838-2502 |
| 14681899 | Medical Laboratory Diagnostics, 85 Horsehill Rd, Cedar Knolls, NJ 07927-2003 |
| 14681900 | Melvin and Elizabeth Rhoads, 11 Lake Shore Dr, Lake Hiawatha, NJ 07034-3018 |
| 14681901 | PA Department of Revenue, Bureau of Individual Taxes, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14681902 | Portnoff Law Associates, LTD., 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Mar 15 2023 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 15 2023 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 00:20:14 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:20:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681886 | Email/Text: bnc@alltran.com | Mar 15 2023 00:08:00 | Alltran Financial LP, PO Box 722929, Houston, TX 77272-2929 |
| 14681550 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 00:20:14 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14689331 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 00:20:14 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14681887 | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2023 00:08:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 14681888 | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2023 00:08:00 | Ally Financial Lease Trust, PO Box 8100, Hunt Valley, MD 21030-8100 |
| 14681889 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 00:20:15 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14681892 | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 15 2023 00:08:00 | Credit Collection Services, 725 Canton St, |

Case 22-10822-pmm    Doc 51    Filed 03/16/23    Entered 03/17/23 00:30:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Norwood, MA 02062-2679 |
| 14681893 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 00:08:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14685747 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14682037 | + | Email/Text: dplbk@discover.com | Mar 15 2023 00:08:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14681895 | ^ | MEBN | Mar 15 2023 00:06:18 | Diversified Adj Services, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 14681891 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2023 00:20:10 | Chase, PO Box 182051, Columbus, OH 43218-2051 |
| 14693147 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 00:20:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696986 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 00:20:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14688872 | + | Email/Text: joey@rmscollect.com | Mar 15 2023 00:08:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14681124 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14681903 | | Email/Text: ngisupport@radiusgs.com | Mar 15 2023 00:08:00 | Radius Global Solution, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |
| 14681904 | | Email/Text: joey@rmscollect.com | Mar 15 2023 00:08:00 | Receivables Management Systems, 1807 Huguenot Rd Ste 118, Midlothian, VA 23113-5604 |
| 14681905 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 15 2023 00:08:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14682480 | ^ | MEBN | Mar 15 2023 00:06:20 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685480 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 15 2023 00:08:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14681907 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:20:15 | SYNCB/TJXRewards, Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14681906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 00:20:07 | Shop Your Way Mastercard, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14681200 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:20:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681908 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2023 00:08:00 | Vaul Trust, 10909 McCormick Rd, Cockeysville, MD 21031-1401 |
| 14681909 | + | Email/Text: usz.bankruptcy.legal.coll@zurichna.com | Mar 15 2023 00:08:00 | Zurich American Insurance Company, 1299 Zurich Way, Schaumburg, IL 60196-1091 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf900 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III
    on behalf of Debtor Wendell W. Morrison s.palopoli@verizon.net  betsylavelle@yahoo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wendell W. Morrison a/k/a Wendell Wilcox Morrison, : CHAPTER 13
:
Debtor : No. 22-10822 PMM

**ORDER**

Upon consideration of Debtor's Praecipe To Voluntarily Dismiss Chapter 13 Case Pursuant to Section 1307(b), and it appearing that the debtor is entitled to such a dismissal under Section 1307(b) of the Bankruptcy Code, 11 U.S.C. §1307(b), it is

ORDERED that the case be, and it hereby is, dismissed.

BY THE COURT:

**Date: March 14, 2023**

/Patricia M. Mayer/
Patricia M. Mayer, Bankruptcy Judge