# ROCKET Mortgage
1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

WENDELL MORRISON
1440 STONES CROSSING RD
EASTON PA 18045

## Loan Information

**Loan Number:** [redacted]
**Property Address:** 1440 Stones Crossing Rd, Easton, PA 18045
**Statement Date:** 05/27/2022
**New Payment Effective Date:** 08/01/2022

## 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

### Annual Escrow Account Breakdown

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| County Taxes | $842.49 | $842.49 | 03/2023 |
| School Taxes | $4,974.20 | $4,974.20 | 08/2022 |
| Township Taxes | $643.56 | $643.56 | 03/2023 |
| Mortgage Insurance | $1,409.76 | $1,409.76 | 08/2022 |
| Homeowners Insurance | $0.00 | $1,685.00 | 03/2023 |

Note: Your remaining Escrow account breakdown is on the next page.

## 2. Your Escrow Account Has A Shortage And Deficiency

Due to an increase in your taxes and/or insurance, your escrow account is short $1,050.66. Your escrow account has a negative balance at this time.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | - $10,987.30 |
| Required Minimum Balance: | $1,357.54 |
| **Shortage Amount:** | **$1,050.66** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 3. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $1,050.66 that is being spread over 12 months.

### Breaking Down The Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $1,275.59 | $1,275.59 |
| Escrow Payment: | $117.48 | $796.26 |
| Shortage: | | $87.56 |
| **Monthly Payment:** | **$1,393.07** | **$2,159.41** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

# ROCKET Mortgage
1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

### Annual Escrow Account Breakdown Continued

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| Totals: | $7,870.01 | $9,555.01 | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

# ROCKET Mortgage
1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

### 4. A Closer Look At Your Escrow Account History

**Total Insurance Payments**

This chart highlights the differences between the estimated and actual payment amounts for the insurance and shows the reason for the current shortage.

The actual amounts paid out for insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your insurance payment amounts are highlighted in yellow.

#### Escrow Account Activity History For April 2022 To July 2022

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 04/2022 | Beginning Balance | | | | | $3,359.11 | –$16,654.75 [D] |
| 04/2022 | Deposit | $655.84 | $774.75 | $0.00 | $0.00 | $4,014.95 | –$15,880.00 [D] |
| 04/2022 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $117.48 | $117.48 | $3,897.47 | –$15,997.48 [D] |
| 05/2022 | Deposit | $655.84 | $10,031.36 | $0.00 | $0.00 | $4,553.31 | –$5,966.12 [D**] |
| 05/2022 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $117.48 | $117.48 | $4,435.83 | –$6,083.60 [D] |
| 05/2022 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,685.00 | $4,435.83 | –$7,768.60 [D] |
| 06/2022 | Deposit | $655.84 | $655.84 | $0.00 | $0.00 | $5,091.67 | –$7,112.76 [D**] |
| 06/2022 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $117.48 | $117.48 | $4,974.19 | –$7,230.24 [D**] |
| 07/2022 | Deposit | $655.84 | $655.84 | $0.00 | $0.00 | $5,630.03 | –$6,574.40 [D**] |
| 07/2022 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $117.48 | $117.48 | $5,512.55 | –$6,691.88 [D**] |
| | **Totals** | **$2,623.36** | **$12,117.79** | **$469.92** | **$2,154.92** | | |

[**] This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

## 5. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $1,409.76 |
| SCHOOL TAXES: | $4,974.20 |
| COUNTY TAXES: | $842.49 |
| TOWNSHIP TAXES: | $643.56 |
| HOMEOWNERS INS: | $1,685.00 |
| **Total Annual Taxes And Insurance:** | **$9,555.01** |
| **New Monthly Escrow Payment:** | **$796.26** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $1,357.54. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For August 2022 To July 2023

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 08/2022 | Beginning Balance | | | - $6,691.88 | $5,652.96 |
| 08/2022 | Deposit | $796.26 | $0.00 | - $5,895.62 | $6,449.22 |
| 08/2022 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $6,013.10 | $6,331.74 |
| 08/2022 | Withdrawal - SCHOOL TAXES | $0.00 | $4,555.98 | - $10,569.08 | $1,775.76 |
| 08/2022 | Withdrawal - SCHOOL TAXES | $0.00 | $418.22 | - $10,987.30 | $1,357.54[L] |
| 09/2022 | Deposit | $796.26 | $0.00 | - $10,191.04 | $2,153.80 |
| 09/2022 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $10,308.52 | $2,036.32 |
| 10/2022 | Deposit | $796.26 | $0.00 | - $9,512.26 | $2,832.58 |
| 10/2022 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $9,629.74 | $2,715.10 |
| 11/2022 | Deposit | $796.26 | $0.00 | - $8,833.48 | $3,511.36 |
| 11/2022 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $8,950.96 | $3,393.88 |
| 12/2022 | Deposit | $796.26 | $0.00 | - $8,154.70 | $4,190.14 |
| 12/2022 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $8,272.18 | $4,072.66 |
| 01/2023 | Deposit | $796.26 | $0.00 | - $7,475.92 | $4,868.92 |
| 01/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $7,593.40 | $4,751.44 |
| 02/2023 | Deposit | $796.26 | $0.00 | - $6,797.14 | $5,547.70 |
| 02/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $6,914.62 | $5,430.22 |
| 03/2023 | Deposit | $796.26 | $0.00 | - $6,118.36 | $6,226.48 |
| 03/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $6,235.84 | $6,109.00 |
| 03/2023 | Withdrawal - COUNTY TAXES | $0.00 | $774.75 | - $7,010.59 | $5,334.25 |
| 03/2023 | Withdrawal - COUNTY TAXES | $0.00 | $67.74 | - $7,078.33 | $5,266.51 |
| 03/2023 | Withdrawal - TOWNSHIP TAXES | $0.00 | $591.82 | - $7,670.15 | $4,674.69 |
| 03/2023 | Withdrawal - TOWNSHIP TAXES | $0.00 | $51.74 | - $7,721.89 | $4,622.95 |

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

### Future Escrow Account Activity For August 2022 To July 2023 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 04/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $8,728.11 | $3,616.73 |
| 05/2023 | Deposit | $796.26 | $0.00 | - $7,931.85 | $4,412.99 |
| 05/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $8,049.33 | $4,295.51 |
| 06/2023 | Deposit | $796.26 | $0.00 | - $7,253.07 | $5,091.77 |
| 06/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $7,370.55 | $4,974.29 |
| 07/2023 | Deposit | $796.26 | $0.00 | - $6,574.29 | $5,770.55 |
| 07/2023 | Withdrawal - MORTGAGE INS | $0.00 | $117.48 | - $6,691.77 | $5,653.07 |
| | **Totals** | **$9,555.12** | **$9,555.01** | | |

ᴸThis amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK