# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wendell W. Morrison a/k/a Wendell Wilcox Morrison<br>**Debtor(s)** | BK NO. 22-10822 PMM<br><br>Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>**Movant**<br><br>vs. | Related to Claim No. 3 |
| Wendell W. Morrison a/k/a Wendell Wilcox Morrison<br>**Debtor(s)** | |
| Scott F. Waterman,<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 13, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Wendell W. Morrison a/k/a Wendell Wilcox Morrison
1440 Stones Crossing Road
Easton, PA 18045-5755

Attorney for Debtor(s)
Stephen J. Palopoli, III, Esq.
1125 S. Cedar Crest Blvd., Suite 205
Allentown, PA 18103

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: June 13, 2022

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com